# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ______________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes [ ] No

FILED IN CLERKS OFFICE
2026 JUN 26 AM 10:48
U.S. DISTRICT COURT DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tacoma Daniels |
| Street Address | Homeless |
| City and County | |
| State and Zip Code | Massachusetts, — |
| Telephone Number | — |
| E-mail Address | STAdium Signature |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | John Fitzgerald |
| Job or Title *(if known)* | City Council 7 District |
| Street Address | Boston, MA, 02120 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | <John, Fitzgerald @ mass.gov> |

Defendant No. 2

| | |
|---|---|
| Name | Defendant 2 Officer Sgt. O'Brien Badge # 411 |
| Job or Title *(if known)* | |
| Street Address | Amesbury, Police Department |
| City and County | |
| State and Zip Code | Massachusetts Amesbury, MA |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | John Fitzgerald |
| Job or Title *(if known)* | now Boston, Deputy Superintendent of investigation But Time of the violations He was Ranked Shift Commander of D-3 (Mattapan |
| Street Address | |
| City and County | |
| State and Zip Code | Boston MA, 02120 |
| Telephone Number | |
| E-mail Address *(if known)* | John, Fitzgerald @ mass.Gov |

Defendant No. 4

| | |
|---|---|
| Name | Jake Fitzgerald |
| Job or Title *(if known)* | (ADA) Dorchester Court |
| Street Address | Boston, MA, 02120 |
| City and County | |
| State and Zip Code | Massachusetts |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant #4 officer Witchowski (Newburyport police officer)

Defendant #5 Metzy's Cantina (Newburyport MA,)

Defendant #6-12 Shawn phillips, Catherine daniels, Shavonna Daniels, Shirley Daniels, wendy daniels, Preston Tyler, Sharon Daniels

Defendant #13 Karen castello, (Newburyport clerk)

Defendant #14 Racheal hickey (Newburyport clerk)

Defendant #15 officer Sgt. Cutter (Newburyport police)

Defendants #16 identities unknown due to the OBSTRUCTION of Justice, and discovery evidence in their possessions, that are being Refused by said potential witnesses or defendants, in which Discovery evidence is in their possession.

Defendant #17 Port Transportation (Salisbury, MA)

Defendants

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 1981-1982 ~~42 USC 2014~~
42 USC 1983, 18 USC §§ 1512, 42 USC 2000

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Tacoma Daniels, is a citizen of the State of *(name)* Massachusetts.

b. If the plaintiff is a corporation

The plaintiff, *(name)* NO, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Multiple Defendants, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

Not sure of their citizenship

b. If the defendant is a corporation Newbury port police Amesbury police ADA (DOR)

The defendant, *(name)* mutiple Defendants, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* Massachusetts. Or is incorporated under the laws of *(foreign nation)* Mass, and has its principal place of business in *(name)* Mass.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

I'm Filing civil suit for declaratory, punitive, and monetary Damages for mental, Emotional, and psycological abuse, also physical trauma

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I'm Filing these Federal suit against these defendants under 42-USC 1983 these defendants violated my 4th, 8th, and 14th amendment of Due process, also violated 18 USC 1512, 18 USC, 2000, I'm Both in individual and their professional Capacities

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Requesting punitive, monetary, Declaratory Damages caused by these defendants in Seeking these damages in the Sume of 5 million for each Defendant named in this civil suit. Attached is exhibited evidence A Index

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/26/26

Signature of Plaintiff [signature]

Printed Name of Plaintiff Tacina Daniels

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address