U.S. District Court

(1)

FILED
IN CLERKS OFFICE
2026 JUN 26 AM 10: 53
U.S. DISTRICT COURT
DISTRICT OF MASS.

Plaintiff,
Tacoma Daniels

To, the court of clerks

My name is Tacoma Daniels I'm filing this initial civil suit against the attached Defendants, who are involved in the conspiracy, attrocious, acts of evil, Harassment, Retaliation, malicious and false Prosecution, violating my 4th, 8th, and 14th Amendments; Each defendant named have Participated, Conspired and involved themselves, In the Attack against me, out of Retaliation of the crimes I'm now aware of, they were committing against me Behind my Back. I'm attaching Exhibited evidence and the lack of response, disregard, and Preservation of evidence letters and notifications I have Given to these Defendants, who are in Possession of video surveilances; audio (video Body cam footage) Phone work and Personal Phone Records, Bank account activity, Tax Records, emails (Business and Personal) home and work Computers, I filed and followed Procedures of filing Police Reports, Appeals, Mass Code of ethics committee, also the Attorney General's office, I've exhausted State Remedies, when You have Suspects like Deputy Superintendent of Investigations, City Councilmen, and corrupt (ADA) District Attorneys like Jake Fitzgerald who Broke the Law, conspired with either Julian Fitzgerald City Councilman and or John Fitzgerald the Mass, Deputy Superintendent of Investigations, their Political and Professional Influence, and friendships, and Resources does not give me fair Due-Process.

(2)

The Police Departments have been obstructing Justice, Not enforcing or investigating crimes I filed criminal Complaints, they are not enforcing MGL's, to have there legal Businesses on the Property of a their Town Jurisdiction, also Federal Property on their Property. In which crimes Taken Place on Incident locations, Police have allowed suspects I filed criminal complaints against, go after I called and Identified my attacker, These Police let the suspects go, after I Positively Identified the suspect, at the Same Scene of a crime where video surveilance of this establish has video and audio, also one of the suspects stated to me in his Threat the Business (METZY's) Dont want you here leave, and Threatsn my life also Calling me NIGGER, I stated this in the Reports. And Police apprehended him, and Did not Take his name or his Phone number which would have linked the Positive Identification of the Suspect who threatened me. The Police are withholding and not investigating and following up with the indentification from Serveilance video's and audio and Phone Records, Text, that the suspects have in there Phones they were using on while Commiting Crimes against. Identifying those suspects means, I now have the discovery to request Phone Records, Text, Calls, and Social media sites that will List more defendants in this Conspiracy against Me. So each individual are Part of violating

My my Constitutional Rights. 4th, 8th, and 14th amendment
Your have the Local state District court clerks in
Conspiracy Violating Federal law 18 USC 1512,
Obstructing Justice, Showing favoritism, Bias and
Prejudice to the Suspects. In which I
Stated with Video/audio evidence would support
My claims, these clerks did not following
to Procedures, Protocols, and Rules to write
a Criminal Complaint, Because they are in
Conspiracy with the Town Police officers
who violated my Rights of Due-Process, and
deliberate Indifference, cruel and unusual
Punishment, They made sure any and all
Legal Complaints are Blocked By the State
official Judicial and District level and Local
Police. So that all my Paper work, filed
would stay still Hidden in there files. I
Can not Get a fair Trial in the State
Level Court Due to the Influence and
Professional work status of Some of these
Defendants, There are also more defendants
who are attached that I do not have
the Identities to, the Defendants 6-13 have
Evidence on there Phones, that shows. they
Illegally, Hacked, Violated my Private & Giving
access to Defendants, who filmed and video
Taped me, exposed and exploited me for Capital
Gain, They Slander Defamed, Conspired with Suspects in
There Personal Phones, Email, Computers.

Respectfully
Submitted
Tacoma Daniels