"STATEMENT OF Claim"

Violation of my 4th, 8th, and 14th amendment
42 USC 1983 and 18 USC 1503

Plaintiff
(Tacoma Daniels)
V
(Defendant)
Rachael Hickey

MAY 2026

IN MAY AFTER I filed a criminal application with Karen Costella against officer wilcowski, after this clerk of courts (costello) violated criminal and civil and Department of Justice rules. and civil procedures, I then filed a criminal complaint against (Karen costello) with the assistant (clerk) Rachael Hickey. who was next in line (seniority) so I filed a complaint against Karen Costello for criminal Harrassment / Retaliation / Obstruction of the criminal Justice Process, I also filed criminal complaints applications against METZYS (Defendant) who's video surveilance audio/video captured the Identity of 2 crimes committed against me 5/3 and 5/9 there also on 5/18 and, one of the suspects who I Identified to the Police. on 5/18/26 and the officers let him go without an arrest, a summons or did not even take his name. and this is when the suspect came back to the scene of the crime, the suspect stated and mentioned to me, METZY'S doesnt want me here (charging) my phone. then proceeded to call me a nigger. while threatening to kill me, he mentioned Being associated with METZY'S, and this suspect. has been inside of the METZYS establishment with association with the owner of METZY'S, (METZY'S) refuse to give video surveilance, So I Filed a Criminal Obstruction against (METZY'S) in Newburyport District Court, as well as officer SGT. Carter the officer who

who allowed the Suspects to Get away, without Identifying the Suspect and Gathering his Information, he had a cellphone on him and officers could have limited his cell Phone use with ties to (METZYS) who Probably more than likely Paid or Promise this Suspect, Because he returned to METZYS with familarity. Rachael Hickey Declied every Criminal Application Complaints I filed. I requested the resolutions / Denial rationale so that I could Appeal, She stated She doesnt have to Give a Denial Rationale, She Just Denying it, If I want to Appeal then wrote to Salem Superior, this was actually a crime she was Committing. She Did not Process, with in the Department of Justice my Criminal Complaint applications. She disregarded my 8th, and 14th amendment. She Intentionally Knew my Complaints would not Go Forward Because She Disregarded her Jobs responsibility and the Integrity of Justice; She not Processing, and Being deliberately Indifferent, Malicious, with- and avoid accountability, She kept these Complaints from the D.A office, and any other Authority Positioned Authority, I Have had an opportunity to Defend my Claims and use Supported Evidence, this is Corruption In the District Court of Newburyport, that these clerks followed Procedure, for Some of the Defendants I wouldnt Be here In federal Court. Had the Procedural Integrity would have Been upheld So these are my Statement of Claims against Rachael Hickey (assist - Clerk) Newburyport MA. District court of Newburyport MA.

4/17/26 Truly wrote

[signature]