UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TACOMA DANIELS<br><br>Plaintiff,<br><br>v.<br><br>JOHN FITZGERALD, et al.,<br><br>Defendants. | Civil Action No. 1:26-12924-JCB |

ORDER

September 9, 2026

Boal, M.J.

On June 26, 2026, plaintiff Tacoma Daniels, who is representing himself, filed a civil complaint, Docket No. 1, and a motion for leave to proceed in forma pauperis, Docket No. 2. Since that time, he has filed two motions to amend, Docket Nos. 7, 10, a two-page "amended complaint," Docket No. 11, a motion for free copies, Docket No. 8, a motion for preservation of evidence, Docket No. 14, and various statements and letters, Docket Nos. 4-6, 9, 12, 13, 15. Upon review of these filings, this Court hereby orders:

1. The motion for leave to proceed in forma pauperis at Docket No. 2 is GRANTED.

2. The motions to amend at Docket Nos. 7, 10 are DENIED without prejudice insofar as Daniels seeks to add information to the original complaint in a piecemeal fashion.

As used in the context of a lawsuit, to "amend" a complaint means to completely replace the original complaint with a new pleading. In other words, a plaintiff must include in an amended complaint all the factual allegations and legal claims he wishes to include in the operative complaint, even if that means repeating portions of earlier pleadings.

3. If Daniels wishes to proceed with this action, he must file an amended complaint that contains a "short and plain statement of [his] claim showing that [he] is entitled to relief." Fed. R. Civ. P. 8(a)(2). This means that the amended complaint must clearly identify alleged misconduct by each defendant which, treated as true, shows that each defendant is liable to Daniels. The factual allegations do not need to be overly detailed, but they must adequately give each defendant notice of the claim against them and the grounds upon which it rests.

Although the amended complaint may include exhibits, they are not required. Exhibits are not a substitute for factual allegations. The factual material in the body of the complaint must give each defendant adequate notice of the claim against them. If exhibits are included, they must be submitted in an organized fashion, and their relevance must be clear.

The amended complaint must also adhere to these requirements:

- The factual allegations and legal claims must be stated "in numbered paragraphs, each limited to a practicable single set of circumstances." Fed. R. Civ. P. 10(b).
- "Each allegation must be simple, concise, and direct." Fed. R. Civ. P. 8(d)(1).
- Each factual paragraph should state precisely which person or people it is referring to.
- The amended complaint should identify the laws that Daniels alleges were violated and state which defendants violated which laws, and explain how each defendant violated each law.
- If not typed, the handwriting in the amended complaint must be legible. The handwriting in the documents Daniels filed is sometimes difficult to read.

**Failure to file an amended complaint in accordance with the above requirements within twenty-eight (28) days could result in dismissal of this action by a District Judge**.

This Court will conduct a preliminary review of the amended complaint, and summonses will not issue except upon order of this Court.

4. The motion for free copies at Docket No. 8 is DENIED. "The in forma pauperis statute does not grant the court the authority to provide an indigent litigant with copies of all the documents in the record." Anderson v. Gillis 236 Fed. App'x 738, 739 (3d Cir. 2007).

5. The motion for preservation of evidence at Docket No. 14 is DENIED.

.

SO ORDERED.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge